UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) <br>         Plaintiff,          )<br>  )<br>         v.                     )<br>  )<br>HERBERT BILL,            )<br>  )<br>         Defendant.          )<br>_____) | CASE NO.   07-29M<br><br>DETENTION ORDER |

Offense charged:

      Aggravated Sexual Abuse, in violation of Title 18, U.S.C., Section 1153 and 2214 (c).

Date of Detention Hearing: January 29, 2007

      The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Tate London.  The defendant was represented by Robert Gombiner.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is probable cause to believe the defendant committed an offense involving sexual exploitation of a minor. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2) Nothing in this record satisfactorily rebuts the presumption against release for several reasons using the factors below, under Title 18 § 3142 (g), the Court considered the following:

   (a) The nature and circumstances of the offense charged. The offense is a crime of violence and involves sexual exploitation of a minor. It is alleged that the defendant forcibly assaulted a minor entrusted to his care.

   (b) The history and characteristics of the defendant, which include prior sexual assaults committed by him to members of his own family.

The Defendant has stipulated to his detention. There is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for

1    the Government, the person in charge of the corrections facility in which
2    the defendant is confined shall deliver the defendant to a United States
3    Marshal for the purpose of an appearance in connection with a court
4    proceeding; and

5    (4)   The clerk shall direct copies of this order to counsel for the United
6    States, to counsel for the defendant, to the United States Marshal, and to
7    the United States Pretrial Services Officer.

8    DATED this 30th day of January, 2007.

                                                                            */s/ Monica J. Benton*

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-